Leonard Bone, et al., Alfred Bone and Harold Bone, Minors, by Jean Bone, Their Mother and Next Friend, Plaintiffs-Appellees, v. Ray Johnson and Claude Dickens, d/b/a Rockford Tap; Stanley Kolodziej and Kate Kolodziej, Stella S. Kordecki, d/b/a Stella's Tap, and Stella Lipinski, Defendants.
On Appeal of Stella Lipinski, Defendant-Appellant.

Gen. No. 49,175.

First District, Second Division.

June 16, 1964.

Rehearing denied August 3, 1964.

Edward F. Zahour, of Chicago (Herbert M. Wetzel, of counsel), for appellant; Fred Lambruschi, of Chicago (Fred Lambruschi, Herbert P. Veldenz, and Vera Cuthbert, of counsel), for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.